UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                            )       CRIMINAL NO. 01-10261-RWZ<br>)<br>CHEPIEL SANCHEZ                   ) | |

## MOTION FOR DOWNWARD DEPARTURE

Now comes Defendant Chepiel Sanchez and moves this Honorable Court for a downward departure pursuant to U.S.S.G. §5k2.0 in the event that the court attributes relevant conduct to the Defendant as requested by the Government and determines the sentencing guideline range to be 292-365 months.

As grounds for this motion, Defendant states that the guideline range resulting from relevant conduct is grossly disproportionate to that provided for the offense of conviction, i.e., 100-125 months, and a downward departure is warranted so that the enhancements do not become the "tail which wags the dog of the substantive offense." United States v. Lombard, 72 F. 3d 170, 176 (1st Cir. 1995); see also, United States v. Vizcaino, 202 F. 3d 345, 347-348 (D.C. Cir.

2000); <u>United States v. Concepcion</u>, 983 F. 2d 369, 385-389 (2d Cir. 1992).

                                        DEFENDANT
                                        By his attorney

                                        /s/ John F. Palmer
                                        John F. Palmer
                                        Law Office of John F. Palmer
                                        24 School Street, 8th Floor
                                        Boston, MA 02108
                                        (617)723-7010
                                        BBO# 387980

Dated: June 12, 2003

CERTIFICATE OF SERVICE

    I, John F. Palmer, certify that I sent copies of the foregoing Motion To Admit Exhibits and Motion For Downward Departure by facsimile and first class mail, postage prepaid, to the following:

        John Wortmann, A.U.S.A.
        U.S. Attorney's Office
        One Courthouse Way
        Boston, MA 02210

                          _____
                          John F. Palmer

Dated: June 12, 2003